```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION
```

FRANK BETZ ASSOCIATES, INC.,    )
                                )
        Plaintiff               )
                                )       No. 3:12-0152
v.                              )       Magistrate Judge Brown
                                )       **Jury Demand**
BUILDERS MUTUAL INSURANCE COMPANY,)
                                )
        Defendant

### O R D E R

At the request of counsel a telephone conference with Magistrate Judge Joe Brown is set for **Thursday, November 15, 2012, at 1:00 p.m.** to discuss discovery issues.

Counsel should call **615-695-2851** to participate in the conference call.

It is so **ORDERED**.

                                /s/ Joe B. Brown
                                JOE B. BROWN
                                United States Magistrate Judge