# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Frank Betz Associates, Inc., <br><br>        Plaintiff, <br><br> vs. <br><br> Builders Mutual Insurance Company, <br><br>        Defendant. | C.A. No.: 3:12-cv-0152 <br><br> Magistrate Judge Joe B. Brown <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1), F.R.C.P., Plaintiff Frank Betz Associates, Inc. and Defendant Builders Mutual Insurance Company, hereby stipulate that this action is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**WE HEREBY STIPULATE:**

s/ Troy A. Tessier
_____
Wallace K. Lightsey (D.S.C. No. 1037)
Troy A. Tessier (D.S.C. No. 6863)
WYCHE, P.A.
Post Office Box 728
Greenville, South Carolina  29602-0728
Telephone: (864) 242-8200
Facsimile:  (864) 235-8900
E-Mail: wlightsey@wyche.com
       ttessier@wyche.com

AND

E. Steele Clayton IV (Bar No. 17298)
BASS, BERRY & SIMS, PLC
 Pinnacle at Symphony Place
150 3rd Avenue, Suite 2800
Nashville, Tennessee  37201
Telephone:  (615) 742-6205
Facsimile:  (615) 742-6200
sclayton@bassberry.com

*ATTORNEYS FOR PLAINTIFFS*


**WE HEREBY STIPULATE:**

s/ W. Paul Whitt
David A. Draper, Esq.
W. Paul Whitt, Esq.
LEWIS, KING, KRIEG & WALDROP, P.C.
Post Office Box 2425
Knoxville, TN  37901-2425
ddraper@lewisking.com
pwhitt@lewisking.com

*ATTORNEYS FOR DEFENDANT*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>David A. Draper, Esq.
>W. Paul Whitt, Esq.
>LEWIS, KING, KRIEG & WALDROP, P.C.
>Post Office Box 2425
>Knoxville, TN 37901-2425
>ddraper@lewisking.com
>pwhitt@lewisking.com
>
>
>E. Steele Clayton IV, Esq.
>BASS, BERRY & SIMS PLC
>Pinnacle at Symphony Place
>150 3rd Avenue, Suite 2800
>Nashville, Tennessee 37201
>sclayton@bassberry.com

>/s/ Troy A. Tessier, Admitted *Pro Hac Vice*
>Troy A. Tessier (D.S.C. I.D. No. 6863)