UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Frank Betz Associates, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:12-0152 |
| | ) | |
| Builders Mutual Insurance Co. | ) | Judge Brown |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to the parties' Stipulation of Dismissal filed December 21, 2012, (DE 47) this case is hereby dismissed with prejudice and the Clerk is directed to close the file.

It is so **ORDERED**.

/S/ Joe B. Brown
_____
JOE B. BROWN
United States Magistrate Judge